**Harry A. BURNETT, Plaintiff— Appellant,**

v.

**Michael B. MUKASEY, Attorney General, Defendant— Appellee.**

**No. 06–55604.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 9, 2007.

Filed Nov. 27, 2007.

Lloyd Edward Tooks, Esq., Law Offices of Lloyd E. Tooks, San Diego, CA, for Plaintiff–Appellant.

Beth L. Levine, Esq., Office of the U.S. Attorney, San Diego, CA, for Defendant– Appellee.

---

\* The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: B. FLETCHER, RYMER Circuit Judges, and BEISTLINE,\* District Judge.

MEMORANDUM \*\*

The facts of this case are known to the parties.

Unlike *Boyd v. U.S. Postal Service,* 752 F.2d 410 (9th Cir.1985), the DEA litigated Burnett's claim for roughly seven years to a decision on the merits before the agency, and failed to affirmatively set forth statute of limitations as a defense in its first responsive pleading before the district court as required by Fed.R.Civ.P. 8(c). As a result, we conclude that the Government waived its timeliness objection.

**REVERSED.**